No. 3,359.—PETER STRAUD, RESPONDENT, *v.* CHICAGO, BURLINGTON & Q. RY. CO., APPELLANT.

*Appeal from District Court, Yellowstone County; Geo. W. Pierson, Judge.*

Decided September 15, 1903.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby dismissed, in accordance with stipulation of counsel on file herein.

*Messrs. E. T. Clark* and *O. F. Goddard,* for Appellant.

*Mr. Thad. S. Smith,* for Respondent.